[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 496.]

THE STATE EX REL. CARTER, APPELLANT, *v*. OHIO ADULT PAROLE
AUTHORITY, APPELLEE.

[Cite as *State ex rel. Carter v. Ohio Adult Parole Auth.*, 2000-Ohio-226.]

*Judgment of court of appeals affirmed.*

(No. 99-2108—Submitted April 26, 2000—Decided August 30, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-235.

————————————

*Paul Mancino, Jr.*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Jihad M. Smaili*, Assistant
Attorney General, for appellee.

————————————

{¶ 1} Appellant had adequate legal remedies to raise his claims. Moreover,
habeas corpus, not mandamus, is the proper action to seek release from prison. See
*State ex rel. Milner v. Ohio Adult Parole Auth.* (2000), 87 Ohio St.3d 567, 568, 722
N.E.2d 72. Accordingly, the judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

————————————